Santiago Jim BAROS, Petitioner,

v.

STATE of New Mexico, Respondent.

No. 10231.

Supreme Court of New Mexico.

Nov. 27, 1974.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1325, 87 N.M. 49, 529 P.2d 275 be and the same is hereby returned to the Clerk of the Court of Appeals.

529 P.2d 273

Henry C. DEMERS, Petitioner,

v.

Edward J. GERETY, Respondent.

No. 10233.

Supreme Court of New Mexico.

Nov. 27, 1974.

Now, therefore, it is considered ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1098, 87 N.M. 52, 529 P.2d 278 be and the same is hereby returned to the Clerk of the Court of Appeals.

529 P.2d 273

Santiago FERNANDEZ, Petitioner,

v.

PACIFIC STUD LUMBER COMPANY, INC., and Employers Insurance of Wausau, Respondents.

No. 10234.

Supreme Court of New Mexico.

Nov. 27, 1974.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1152, 87 N.M. 56, 529 P.2d 282 be and the same is hereby returned to the Clerk of the Court of Appeals.

529 P.2d 273

Pete MARQUEZ, Petitioner,

v.

STATE of New Mexico, Respondent.

No. 10238.

Supreme Court of New Mexico.

Nov. 27, 1974.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1402, 87 N.M. 57, 529 P.2d 283 be and the same is hereby returned to the Clerk of the Court of Appeals.